| | | | |
|---|---|---|---|
| Case No. | **EDCV 18-01342-SHK** | Date: | March 6, 2019 |
| Title: | *Salvador Rodriguez Guerrero v. Nancy A. Berryhill* | | |

Present: The Honorable  **Shashi H. Kewalramani, United States Magistrate Judge**

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER TO SHOW CAUSE RE: JOINT STIPULATION**

On June 22, 2018, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. Electronic Case Filing Number ("ECF No.") 1, Complaint. On June 28, 2018, the Court issued its Case Management Order ("CMO") in which the parties were ordered to cooperate in the preparation of a joint submission and file their final joint stipulation by the date noted in the CMO. ECF No. 8, CMO. After staying the case for eighteen days due to a lapse of appropriations, on January 29, 2019, the Court ordered the stay lifted, and extended all deadlines from the CMO by eighteen days. The joint stipulation is now due and has not been submitted.

Accordingly, the parties are ordered to show cause in writing, no later than **March 15, 2019**, why this case should not be dismissed for failure to prosecute and follow Court orders. The parties shall be deemed compliant with this Order to Show Cause ("OSC") by filing the joint stipulation by March 15, 2019. The parties are warned that failure to comply with the OSC may result in the dismissal of the action for failure to prosecute and follow Court orders.

**IT IS SO ORDERED**